UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ERNESTO ALONSO RUIZ § | |
| § | |
| Petitioner § | |
| VS. § | CIVIL ACTION NO. C-09-132 |
| § | |
| UNITED STATES OF AMERICA § | |

**ORDER ADOPTING MEMORANDUM AND
RECOMMENDATION TO GRANT
<u>RESPONDENT'S MOTION TO DISMISS</u>**

On November 17, 2009, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that petitioner's claim is unexhausted and that his petition be dismissed. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that petitioner's petition is dismissed.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 16th day of December, 2009.

_____
Janis Graham Jack
United States District Judge